JULIA B. BOURCIER, Respondent, *v.* ERNEST PERYOR, et al., Appellants.

Argued October 2, 1944; decided November 16, 1944.

*Allan L. Gurley* for Rosalie Saulnier, appellant.

*Francis H. Lawler* for Ernest Peryor and another, appellants.

*Charles D. Campbell* for Julia B. Bourcier, respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.